1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                        WESTERN DIVISION

11  TIMMY O'NEIL CHARITY,            )   CV NO. 12-4825-R(AJW)
                                     )
12              Petitioner,          )
                                     )   JUDGMENT
13          v.                       )
                                     )
14  TIM OCHOA,                       )
                                     )
15              Respondent.          )
    _____)

16

17       It is hereby adjudged that the petition for a writ of habeas

18  corpus is denied.

19

    Dated: __Sept. 25, 2012_
20

21  _____
                              Manuel L. Real
22                            United States District Judge

23

24

25

26

27

28