UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **TIMMY O'NEIL CHARITY,** | ) CV NO. 12-4825-R(AJW) |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| **TIM OCHOA,** | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: __Sept. 25, 2012_

_____
Manuel L. Real
United States District Judge